IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00392-PAB-MEH

SANDRA BEEBE,

    Plaintiff,

v.

POUDRE VALLEY HEALTH SYSTEM and
ANN DINSMORE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2009.**

    The Joint Motion for Entry of Stipulated Protective Order [filed May 18, 2009; docket #11] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.