IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00392-PAB-MEH

SANDRA BEEBE,

    Plaintiff,

v.

POUDRE VALLEY HEALTH SYSTEM, and
ANN DINSMORE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2009.**

Plaintiff's Unopposed Motion to Amend Complaint [filed June 19, 2009; docket #18] is **granted**. The Clerk of Court shall enter the Amendment to Complaint at docket #18-2.